**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-00450-JRG | |
| § | | |
| vs. § | LEAD CASE | |
| § | | |
| CITIBANK N.A. § | | |
| § | | |
| Defendant. § | | |
| _____ § | | |
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-00601-JRG | |
| § | | |
| vs. § | CONSOLIDATED CASE | |
| § | | |
| PIONEER ELECTRONICS (USA), INC. § | | |
| § | | |
| Defendant. § | | |
| _____ § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Pioneer Electronics (USA), Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and with all attorneys' fees, costs and expenses taxes against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 2nd day of September, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE